**Order filed, March 24, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00958-CR

_____

**MICHAEL PATRICK ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1634095**

---

## ORDER

The reporter's record in this case was due January 21, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing Cynthia Grijalva's portion the record (Volumes 5 & 6). The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Grijalva, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.